UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

Jodie Louise Byrne,

　　　　　　　Debtor

Chapter 13
Case No. 22-10117

## ORDER DENYING DEBTOR'S MOTION TO ADDRESS
## A FABRICATED CHILD SUPPORT JUDGMENT

The Motion to Address a Fabricated Child Support Judgment [Dkt. No. 45] is hereby denied. This motion does not contain any specific request for relief that the Court can identify. In general, however, the motion appears to challenge a judgment issued by a Maryland state court over ten years ago. This Court is a court of limited jurisdiction, with jurisdiction over those matters specified in 28 U.S.C. § 1334. In general, this Court has subject matter jurisdiction over bankruptcy cases and over certain specified types of proceedings arising in, arising under, or related to bankruptcy cases. The Debtor's motion does not fit within any of those categories. This Court does not have jurisdiction over a particular dispute simply because a debtor invokes some unspecified "Federal Laws" that are alleged to have been violated. Moreover, this Court cannot sit in an appellate capacity with respect to state court decisions. Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923); District of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983). As a result, the Debtor's motion is denied.

Dated: September 21, 2022

　　　　　　　　　　　　　　　　　　　　Michael A. Fagone
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　District of Maine