**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

Jodie Louise Byrne,

          Debtor

Chapter 13
Case No. 22-10117

## ORDER DENYING RECONSIDERATION

The Debtor has filed a Motion to Reconsider Objections [Dkt. No. 87] with respect to the Court's Order Overruling Claim Objections [Dkt. No 83]. Courts "have consistently stated that a motion for reconsideration of a previous order is an extraordinary remedy that must be used sparingly because of interest in finality and conservation of scarce judicial resources." Rosado v. Banco Popular de P.R. (In re Rosado), 561 B.R. 598, 607 (B.A.P. 1st Cir. 2017) (quotation marks omitted). This high threshold has not been met here. For the most part, the motion to reconsider rehashes arguments that were previously rejected by the Court. To the extent that the motion contains new allegations, those allegations—even if accepted as true—would not provide a basis to sustain the Debtor's objections to Claim Nos. 1, 2, 3, 4 and 5. Consequently, the motion is denied.

Dated: October 3, 2022

                                            Michael A. Fagone
                                            United States Bankruptcy Judge
                                            District of Maine