**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 13 |
| Jodie Louise Byrne, | Case No. 22-10117 |
| Debtor | |

**ORDER DENYING EXTENSION OF DEADLINE TO FILE MODIFIED PLAN**

On September 15, 2022, the Court conducted a hearing on the chapter 13 plan filed by the Debtor. The Court denied confirmation of that plan, but granted the Debtor leave to file a modified plan within 28 days. On October 13, 2022, the Debtor filed a request for an extension of time to file a modified plan. [Dkt. No. 98.] That request is hereby denied. The Debtor chose to initiate this case, presumably because she perceived some benefits that might attend a chapter 13 case. Chapter 13 imposes certain obligations upon those who would be debtors, including the obligation to file and pursue confirmation of a plan within a reasonable timeframe. This obligation applies even in the face of uncertain financial and personal circumstances, like those described by the Debtor in her motion to extend time.

Dated: October 27, 2022

Michael A. Fagone
United States Bankruptcy Judge
District of Maine