**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

Jodie Louise Byrne,

              Debtor

Chapter 13
Case No. 22-10117

## ORDER DISMISSING CHAPTER 13 CASE

On September 15, 2022, the Court denied confirmation of the Debtor's chapter 13 plan and granted the Debtor 28 days within which to file a modified plan. That 28-day period expired on October 13, 2022. On that date, instead of filing a plan, the Debtor moved for a further extension of time to file a modified plan. That motion was denied. As of November 1, 2022, the Debtor had not filed a modified plan.

A chapter 13 case may be dismissed for cause. 11 U.S.C. § 1307(c). The term "cause" includes failure to file a plan in a timely manner. Id. § 1307(c)(3). The term "cause" also includes denial of confirmation of a plan coupled with a denial of a request for additional time to file another plan or a modified plan. Id. § 1307(c)(5). Failure or inability to obtain confirmation within a reasonable time is, without question, cause for dismissal of a chapter 13 case.

This case began more than five months ago, no plan has been confirmed, and the Court has denied the Debtor's request for additional time to seek confirmation of a modified plan. Dismissal is appropriate under these conditions. Under 11 U.S.C. § 1307(c), this case is dismissed effective today.

Dated: November 2, 2022

Michael A. Fagone
United States Bankruptcy Judge
District of Maine